ACCEPTED
08-13-00363-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/29/2015 2:59:31 PM
DENISE PACHECO
CLERK

**No. 08-13-00363-CR**

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

4/29/2015 2:59:31 PM

DENISE PACHECO
Clerk

**HECTOR MARTINEZ**                                            **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                         **APPELLEE**

---

**STATE'S MOTION
TO SUBSTITUTE CORRECTED BRIEF**

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, the State of Texas, and requests that the Court, pursuant to TEX. R. APP. P. 38.7, allow the State to substitute its previously filed brief with a typographically corrected brief, and would show the Court as follows:

**I.**

The State has timely filed its reply brief in the above-captioned case with the Court on April 28, 2015. This case has not yet been set for argument.

After the brief was filed, the State discovered typographical errors in the page numbers listed on pages ii and iii of the Table of Contents. The page numbers do not properly reflect the contents of the brief. This mistake was not discovered until after the brief had been filed with the Clerk of the Court.

A corrected brief has been prepared to substitute the brief now on file with the Court. This corrected brief is identical to the brief filed on April 28 with the one exception that the page numbers on pages ii and iii of the Table of Contents have been corrected to properly reflect the contents of the brief.

**II.**

The State is tendering its corrected brief with this motion, and the undersigned has sincerely tried to submit its corrected brief, free of typographical errors, as soon as possible after discovering the need for corrections.

## PRAYER

WHEREFORE, the State prays that this motion to substitute corrected brief will be granted.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT


/s/ Bryant Cabrera
BRYANT FRANCIS CABRERA
Asst. District Attorney
District Attorney's Office
203 El Paso County Courthouse
500 E. San Antonio
El Paso, Texas 79901
(915) 546-2059 ext. 3649
FAX (915) 533-5520
EMAIL bcabrera@epcounty.com
SBN 24092210

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing State's motion to substitute corrected brief was emailed, through an electronic-filing service provider, on April 29, 2015, to appellant's attorney: Ruben P. Morales, rbnpmrls@gmail.com.


/s/ Bryant Cabrera
BRYANT FRANCIS CABRERA